42762.   ELLIOTT v. DELTA AIR LINES, INC. et al.

DEEN, Judge.   Where no terms of a contract of employment are
set out the petition must be construed as alleging that the
plaintiff was working under a contract terminable at the will
of the employer.   *Ott v. Gandy,* 66 Ga. App. 684, 687 (19
SE2d 180).   An indefinite hiring may be terminated at will by
either party.   *Code* § 66-101.   A rule of the employer that an
employee will be discharged if his wages are garnished by
a creditor does not alter the situation.   *Snyder v. Savannah
Union Station Co.,* 85 Ga. App. 851 (70 SE2d 382).   While,
under *Code* § 105-1207 one who wrongfully procures the dis-
charge even of an employee at will may be liable for damages
if he acts maliciously and without cause, this petition specifi-
cally alleges that the two officers of defendant Delta Air Lines,
Inc. who discharged the plaintiff were sued only in their ca-
pacity as such, and no relief was sought against them individ-
ually.   This adds nothing to the petition against the employer,
who may discharge the employee with or without cause and
regardless of its motives.   *Smith v. Chicopee Mfg. Corp.,* 56
Ga. App. 294 (192 SE 481).

Indubitably, the trial court properly sustained the general de-
murrer.

*Judgment affirmed.   Jordan, P. J., and Quillian, J., concur.*

ARGUED MAY 4, 1967—DECIDED JUNE 20, 1967.

*Preston L. Holland,* for appellant.

*Powell, Goldstein, Frazer & Murphy, Edward E. Dorsey, John
A. Helms,* for appellees.